James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> AVOCA TRUCKING & EXCAVATING INC., a California corporation; and MARTHA O'NEILL, an individual, <br><br> Defendant . | Case No.: C-05-02180 EDL <br><br> PLAINTIFFS' STATEMENT RE DEFENDANTS' DEFAULT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER  (MODIFIED) <br><br> DATE: September 27, 2005 <br> TIME: 10:30 a.m. <br> COURTROOM: E, 15th Floor <br> JUDGE: Hon. Elizabeth D. Laporte |

Now come the plaintiffs, named above, and file this statement in lieu of the Case Management Conference Statement.

Defendants have defaulted in this action, and have failed to cooperate in the preparation of a Case Management Conference Statement or in any of the other preparatory activities required by the court.

///

///

-1-
PLAINTIFFS' STATEMENT RE DEFENDANTS' DEFAULT IN LIEU OF CASE MANAGEMENT
CONFERENCE STATEMENT AND [PROPOSED] ORDER [CASE NO. C-05-02180 EDL]

Accordingly, plaintiffs request that the case management conference be placed off calendar; plaintiffs plan to move for entry of a specific judgment in a specific dollar amount as soon as the same can be calculated.

DATED: September 21, 2005                                   STANTON, KAY & WATSON, LLP


By_____/s/_____
         JAMES P. WATSON

Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER**   AS MODIFIED

Upon reading the foregoing statement, the case management conference set for September 27, 2005 is hereby ~~ORDERED off calendar.~~ continued until October 25, 2005.  The conference will be vacated in the event Plaintiffs file a motion for entry of default judgment before that date.

Dated: September 21, 2005                                   _____
                                                                                  HON. ELIZABETH D. LAPORTE
                                                                                  UNITED STATES MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte / signature: Elizabeth D. Laporte]

F:\CASES\7000\7000.1041 Avoca Trucking\Pleading\STATEMENT RE DEFENDANTS DEFAULT.doc

-2-
**PLAINTIFFS' STATEMENT RE DEFENDANTS' DEFAULT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER [CASE NO. C-05-02180 EDL]**