IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al, | No. C-05-02180 EDL |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AVOCA TRUCKING & EXCAVATING, INC., et al., | |
| Defendants. / | |

In its September 21, 2005 Order, the Court rescheduled the initial case management conference in this case until October 25, 2005, and noted that the conference would be vacated if Plaintiffs filed a motion for entry of default judgment by that date. Plaintiffs have done so, and their motion will be heard on November 29, 2005. Accordingly, the Court vacates the case management conference scheduled for October 25, 2005.

**IT IS SO ORDERED.**

Dated: October 24, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge