United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOOTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>            Plaintiff(s),<br><br>    vs.<br><br>AVOCA TRUCING & EXCAVATING INC., a California corporation; and MARTHA O'NEILL, an individual,<br><br>            Defendant(s).<br>_____/ | No. C-05-2180 MHP (EDL)<br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    This action proceeded before Magistrate Judge Elizabeth D, Laporte, proof of service on defendants was filed, and default was entered against defendants who had failed to answer or otherwise respond.  The Magistrate Judge held a hearing on a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and filed a report and recommendation on December 16, 2005, recommending that judgment be entered in favor of plaintiffs and against defendants, including injunctive relief, unpaid contributions, liquidated damages, interest, attorneys' fees and

Case 3:05-cv-02180-MHP   Document 25   Filed 12/27/05   Page 2 of 4

costs.

The report and recommendation was filed on December 16, 2005. No objections or responses have been filed in accordance with Federal Rule 72(b) and Civil Local Rule 72-3. The court has reviewed the report and recommendation, finds that the Magistrate Judge has fully and fairly tried the issues required to enter judgment under Rule 55(b)(2), that there has been no timely objection to the report and recommendation and, therefore, the report and recommendation is adopted in its entirety and judgment will be entered accordingly.

Therefore,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation is adopted as follows:

1. Plaintiffs' request for injunctive relief is GRANTED;

2. Plaintiffs shall recover of defendants $10,800 as and for unpaid contributions and $2,504.00 for interest thereon through December 26, 2005;

3. Plaintiffs shall recover of defendants the sum of $2,504.00 as and for liquidated damages and $750.00 for liquidated damages on late contributions, plus $1,670 for interest thereon;

4. Plaintiffs shall recover $10,000.00 in attorneys' fees.

Judgment in the amount of $28,228.00 shall be entered accordingly.

Plaintiffs shall submit a form of order and judgment with respect to the injunctive relief in accordance with the Magistrate Judge's Report and Recommendation.

Date: December 26, 2005

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2

3

**ENDNOTES**